RECEIVED
JUL 1 4 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____ DIVISION

Clint Phillips III
DAP
[redacted]
KJB
(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

Two or more
Unknown Police officers
Unknown City or County (Children's Division)
Missouri Department of Social Services
Linda Gavon (Social worker)
Monica Bryant (Social worker supervisor)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk of District Court)

Trial by Jury

## COMPLAINT

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them): Title 42 U.S.C section 1983, 1986, Fourteen-Fifth amendment and association violations

II.  Plaintiff, Clint Phillips III resides at 10166 Coburg lands, St.louis, St. louis USA,
street address / city / county

MO, 63137, (314)267-1873.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.  Defendant, Missouri Department of Social Services lives at, or its business is located at Prince Hall, State bldg Newstead, St. louis, St. louis,
street address / city / county

MO, 63113.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

V.  Relief: State briefly and exactly what you want the Court to do for you.

I want 700,000 in compensatory damages for myself for fourteenth Amendment and association violations

I want another 700,000 for my daughter [redacted] for fourteenth Amendment and association violations

I want another 700,000 for my stepdaughter [redacted] for fourteenth Amendment and association violations.

For a grand total 2,100,000

VI.  **MONEY DAMAGES:**

A)  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]   NO [ ]

B)  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

2,100,000 because it was malicious and the constitutional torts stated in the complaint and above

VII.  Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]   NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of July, 2016

_Clint Phillips III_
Signature of Plaintiff(s)

4

IV.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

3

In June of 2015 my children were seized and taken out of my wifes custody by one or more police officers of Unknown Police Department, and they were not brought into my custody, even though we had equal rights to custody, and I was entitled to five hours of unsupervised visitation.

The social workers, "Monica Bryant," and "Linda Gavon." both assisted these officers in my daughters false arrest/imprisonment, and the violation of her association rights with her father (parent). A blatant violation of one of the reconstruction amendments specifically, the Fourteenth Amendment!!! Missouri Department of Social

The "Childrens Home", "Annie Malone" also contrived my daughter's false arrest/imprisonment, when they took my children into custody. They did not try very hard to locate me and notify me of the situation, until they had filed for a protective hearing. It implied that they did not look for me in the first place

This is a lawsuit being about officials misconduct. Therefore I am sueing the officer(s) and the social workers in their official capacity because they were federally mandated to give me my children. This is also collateral/legal estoppel and falls under the, "Doctrine of Res Judicata", and is the equivalent thereof of, "Parental Kidnapping."

I suffer from parental alienation syndrome because there was a home for my children, when they were first taken from my wife, and after the staged juvenile detention hearing, specifically, "Protective Custody". A form of entrapment under the, "Parens Patrie Doctrine". Which was thought of as exploitative and of a dubious nature, by the U.S. Supreme Court.

My children where in no immediate or imminent danger, and I had no history of neglect or abuse involving neither so I am not only filing this lawsuit or these documents to represent myself and my daughter, "Destiny A. Phillips", and my stepdaughter, "Kanesha J. Banks." The only danger that Children's Division or Annie Malone could think of was based on assumption and far from fact, and was extracted from a case that was dismissed and falls

under the rules of, "Double Jeopardy." I am now unstable and need my children returned to me upon regaining stability that was upset by my mom and malicious state workers, (DJO's, Social Workers, lawyers, GLAS) in the courtroom workgroup, my lawyer (state appointed) would stifle, and demoralize conversation and assist Children's Division in their malicious efforts to steal my children

    This is being done by the City of St. Louis & the 22nd Judicial Circuit